[Civ. No. 3987. Third Appellate District.—November 5, 1929.]

LEO JENKINS, Petitioner, v. SUPERIOR COURT OF THE COUNTY OF SONOMA et al., Respondents.

W. F. Cowan and J. O. Kroyer for Petitioner.

No appearance for Respondents.

THE COURT.— The petitioner's application for a writ of mandate directing the respondent court to dismiss the prosecution of the proceeding first referred to in the petition herein is denied on the ground that said court has no jurisdiction of such proceeding, no information therein having been filed in said court.